**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No.   3:12cr70/LAC
  3:14cv55/LAC/EMT

**LONETT R. WILLIAMS**
_____/

**GOVERNMENT'S MOTION FOR A FOURTEEN DAY EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255 (Doc. 100)**

Comes now the United States of America, by and through the undersigned Assistant United States Attorney, and files this motion for a fourteen day extension of time in which to respond to the defendant's motion to vacate, set aside, or correct sentence under Title 28, United States Code, Section 2255, and as grounds therefore states:

1. On or about February 6, 2014, the defendant filed a motion to vacate pursuant to Title 28, United States Code, Section 2255.  (Doc. 100).  On or about February 11, 2014, this Court entered an Order requiring a response from the government within sixty days, making the government's response due to this Honorable Court on April 14, 2014.  (Doc. 103).

2. On or about February 19, 2014, the government filed a motion for a forty-five day extension of time to respond to defendant's 2255 motion.  (Doc. 104).  One of the reasons for the government's request for extension was so transcripts could be obtained.

3. On or about February 19, 2014, this Court entered an Order granting the government an extension of time to file its response, making the government's response due May 29, 2014. (Doc. 105).

4. In order to file a response to the defendant's motion, the United States Attorney's Office ordered copies of the necessary transcripts which were filed on March 31, 2014. (Docs. 106 – 108).

5. Since March, the undersigned has been handling an investigation that led to the return of a 210 count Indictment in the Gainesville division. As a result of that assignment, since April 1st the undersigned has been required to travel fourteen of thirty-eight weekdays. The undersigned is also currently required to travel Tuesday and Wednesday of next week, May 27th and 28th.

6. In light of the aforementioned, the government requests additional time to respond to the defendant's §2255 motion. Therefore, the undersigned respectfully requests a fourteen day extension in which to file the government's response to the defendant's motion, thereby making the government's response due on June 12, 2014.

7. This request for an extension of time in which to respond is not made for the purpose of delay or to prejudice anyone's rights. The defendant in this matter is incarcerated; therefore, the government is unable to confer with her regarding this motion.

WHEREFORE, the United States respectfully requests that it receive an additional fourteen days, until June 12, 2014, in which to respond to the defendant's claims.

    Respectfully submitted,

    PAMELA C. MARSH
    United States Attorney

    */s/ Tiffany H. Eggers*
    TIFFANY H. EGGERS
    Assistant U.S. Attorney
    Florida Bar No. 193968
    21 East Garden Street, Suite 400
    Pensacola, FL 32502-5675
    (850) 444-4000

## RULE 7.1(B) CERTIFICATION

I HEREBY CERTIFY that the undersigned has not consulted the defendant because she is incarcerated. Therefore, the government assumes the defendant does NOT agree to the government's request.

    */s/ Tiffany H. Eggers*
    TIFFANY H. EGGERS
    Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by United States Postal Mail this 23rd day of May, 2014, to Lonett Williams, #21707-017, FCI Victorville Medium II-Satellite Camp, P.O. Box 5300, Adelanto, CA 92301.

    */s/Tiffany H. Eggers*
    TIFFANY H. EGGERS
    Assistant U.S. Attorney