IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                             Case Nos.:    3:12cr70/LAC/EMT
                                                                           3:14cv55/LAC/EMT

LONETT ROCHELL WILLIAMS
_____/

## **O R D E R**

This cause is before the court upon the Government's response in opposition to Defendant's motion to vacate filed pursuant to 28 U.S.C. § 2255 (doc. 111). Before the court rules on this matter, Defendant shall have an opportunity to reply.

Accordingly, it is **ORDERED**:

If Defendant wishes to file a reply to the Government's response in opposition (doc. 111), she shall do so within **THIRTY (30) DAYS** from the date this order is entered on the docket.

**DONE AND ORDERED** this 10th day of June 2014.

                                                     /s/ *Elizabeth M. Timothy*
                                                     **ELIZABETH M. TIMOTHY**
                                                     **UNITED STATES MAGISTRATE JUDGE**