Lonett R. Williams.
Movant, pro se
Fed. Reg. No: 21707-017
FCI Victorville Medium II
Satellite Camp
P.O. Box 5300
Adelanto, CA. 92301

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CAUSE NO: |
| Respondent, | ) | 3:12-CR-70-001 LAC |
| Vs. | ) | Civil Action No; |
| LONETT R. WILLIAMS | ) | 3:14-CV-00055-LC |
| Movant. | ) | |
| | ) | |

COMES NOW, Movant In the foregoing cause of action who respectfully moves this Honorable Court for an Extension of Time to file the Reply to the government's Response.

In support of this request Movant submits the following;

On February 6, 2014, Movant filed the Motion to Vacate, Set Aside or Correct Motion by a person in Federal custody docketed under civil case 3:14-CV-00055-LC .

On February 11, 2014, the Court Ordered the Office of the US Attorney for this district, allowing for SIXTY (60) DAYS from the date the order is entered on the docket in which to show cause, if any, why the relief



Filed0707'14UsDcFlnSPM1220

requested should not be granted; Show Cause Response due by April 14, 2014.

Initially, the Government moved for and received two extensions of time to Response to the Motion. However, On June 9, 2014 the Government entered the Response, the court at the same time the Court allowed the Movant to submit a traverse within thirty (30) days from the date of Response deeming it due by July 11, 2014.

Movant is requesting an additional thirty (60) days from the date of July 11, 2014, in which to prepare and file the Reply to the Response.

Movant submits that the additional time will be utilized to research cases the government has submitted in their Response, research the applicability of new rulings evolving from issues raised in the Appellate and Supreme Courts pertaining to Mortgage Fraud. There is the possibility that Movant may have to amend her pleadings pursuant to one of these rulings. She would need additional time to prepare and present the pleadings included in the Reply and provide any additional documentation she is able to obtain to supplement her pleadings.

In addition, the Movant's access to the Law Library at the facility where she is house is restricted in hours and accommodations, requiring additional time to accomplish this.

WHEREFORE PREMISES CONSIDERED, Movant prays that the court will Grant;

(a) an extension of forty-five sixty days from the due date of July 11, 2014, to file the Reply to the government's Response.

(b) any additional relief the court deems just and proper to make.

Dated this 29, day of June, 2014.

Respectfully Submitted,

LONETT R. WILLIAMS

Lonett R. Williams
Movant, pro se
Fed. Reg. No: 21707-017
FCI Victorville Medium II
Satellite Camp
P.O. Box 5300
Adelanto, CA. 92301

# CERTIFICATE OF SERVICE

Cause No: 3:14-CV-00055-LC
Civil Action No: 3:12-cr-00070

I, LONETT R. WILLIAMS, Movant in the foregoing action hereby state that I have caused to be served a true and correct copy of the following;

MOTION FOR EXTENSION OF TIME

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston v. Lack 101 L.Ed. 2d 245 (1988), upon the court and parties to litigation and their attorneys of record, by placing same in a sealed, prepaid envelope with sufficient postage attached thereto to carry same to its destination, addressed to:

TIFFANY HOPE EGGERS
US ATTORNEY - PENSACOLA FL
NORTHERN DISTRICT OF FLORIDA
21 E GARDEN ST
STE 400
PENSACOLA, FL 32502-5675

and deposited at the Legal Mail at the Satellite Camp- Victorville Medium II P.O. BOX 5100 ADELANTO, CA 92301. I have read the foregoing and state the facts under personal knowledge are true and correct. Executed this 29TH day of June, 2014, under penalty of perjury pursuant to Title 28 U.S.C. Section 1746.

LONETT R. WILLIAMS

Lonett R. Williams
Movant, pro se
Fed. Reg. No: 21707-017
FCI Victorville Medium II
Satellite Camp
P.O. Box 5300
Adelanto, CA. 92301