IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　Case Nos.:　3:12cr70/LAC/EMT
　　　　　　　　　　　　　　　　　　　　　　3:14cv55/LAC/EMT
LONETT R. WILLIAMS

_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 21, 2016 (ECF No. 123). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.　The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  The motion to vacate, set aside, or correct sentence (ECF No. 100) is **DENIED**.

32.  A certificate of appealability is **DENIED.**

**DONE AND ORDERED** this 6TH day of February, 2017.

      *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**